UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-4620 DSF (CWx) | Date | 2/27/15 |
| Title | Roberta Garcia v. Air Serv Corp., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction

    Removal was based on a purported need for the Court to interpret the collective bargaining agreement (CBA) for the union of which Plaintiff is a member.  However, it is not clear why or how the interpretation of the terms of the CBA is at issue in this case.  It is not sufficient for federal jurisdiction that resolution of a claim requires the Court to "look to" the CBA or that the claim and the CBA could have a "hypothetical connection." Burnside v. Kiewit Pac. Corp., 491 F.3d 1053, 1060 (9th Cir. 2007).  There must be a need for actual interpretation of disputed terms for federal jurisdiction to attach.

    Therefore, Defendant is ordered to show cause, in writing, no later than March 13, 2015 why this case should not be remanded for lack of subject matter jurisdiction.

    IT IS SO ORDERED.