**DENIED**
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTA GARCIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>AIR SERV CORPORATION, a Georgia Corporation; LUIS COLINDRES, an individual, and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. 2:14-CV-04620-DSF(CWx)<br><br>Assigned for all purposes to:<br>Honorable Dale S. Fischer<br>Dept: 840<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESCHEDULE THE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date Action Filed: February 28, 2014 |

It is hereby ordered that pursuant to the parties' Stipulation to Reschedule the Hearing on Motion for Summary Judgment now set for Monday, May 18, 2015 at 1:30 p.m., based upon the parties efforts to potentially resolve this case at bar. The Court hereby vacates the hearing date of May 18, 2015 and provides the parties with a new date of _____, 2015 at _____, with the opposition due pursuant to the applicable federal and local rules of procedure if this case is not settled between the parties;

IT IS SO ORDERED:

    5/8/15

DATED: _____

**DENIED**
BY ORDER OF THE COURT

_____
United States District Court Judge

**[Proposed] Order on Stipulation to Reschedule the
Hearing on Motion for Summary Judgment**