JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTA GARCIA, | ) | Case No.: CV 14-4620 DSF (CWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| AIR SERV CORPORATION, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having granted summary judgment in favor of the defendants, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6-9-15

_____
Dale S. Fischer
United States District Judge